**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUWAN EVRICK MITCHELL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 25-312 Erie** |
| | ) | |
| **v.** | ) | |
| | ) | **District Judge Susan Paradise Baxter** |
| **CO MUSHGARD, et al.,** | ) | **Chief Magistrate Judge Richard Lanzillo** |
| **Defendants.** | ) | |

**MEMORANDUM ORDER**

Plaintiff Juwan Evrick Mitchell, an inmate incarcerated at the State Correctional

Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"), initiated this civil rights action

by filing a *pro se* complaint, pursuant to 42 U.S.C. § 1983, in the United States District Court for

the Middle District of Pennsylvania. The matter was subsequently transferred to this Court on

October 17, 2025, and was referred to United States Magistrate Judge Keith A. Pesto for report

and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules

72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On October 30, 2025, Judge Pesto issued a Memorandum Order citing a number of

deficiencies in Plaintiff's original complaint and ordering Plaintiff to file an amended complaint

clarifying the names of the Defendants and specifying the alleged conduct of each. [ECF No. 9].

Subsequently, due to Judge Pesto's impending retirement, this case was reassigned to Chief

Magistrate Judge Richard A. Lanzillo for all pretrial matters. [ECF No. 11]

On January 27, 2026, Plaintiff filed an amended complaint in response to Judge Pesto's

Order of October 30, 2025, naming as Defendants three correctional officers at SCI-Forest: CO

Mushgard, Sgt. Blair, and CO Cull [ECF No. 16]; however, the amended complaint merely

alleges that "the officers came in my cell and [beat] me up and chip[ped] my tooth and hit me in the head several times…," without identifying the specific conduct attributed to each of the named Defendants (Id. at p. 5, Section IV.D). As a result, Judge Lanzillo issued a show cause Order, dated February 23, 2025, requiring Plaintiff to submit a more definite amended complaint, or to show cause for his failure to do so, by March 16, 2026. [ECF No. 15].

After Plaintiff failed to comply with the show cause Order, Judge Lanzillo issued a Report and Recommendation on April 15, 2026 [ECF No. 17], recommending that this action be dismissed pursuant to 28 U.S.C. § 1915(e) for failure to state a claim, but recommending further that Plaintiff be given one last chance to amend his complaint to cure the pleading's deficiencies in accordance with the instructions set forth in the R&R. Objections to the R&R were due to be filed by May 4, 2026; however, no timely objections have been received.

Thus, after *de novo* review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 13th day of May, 2026;

IT IS HEREBY ORDERED that this case is DISMISSED pursuant to 28 U.S.C. 1915(e) for failure to state a claim, without prejudice to Plaintiff's right to file an amended complaint to cure the deficiencies noted in the R&R, in accordance with the instructions set forth therein, within twenty (20) days of the date of this Order. In the event Plaintiff fails to file an appropriate amendment within such time, the Court's dismissal of Plaintiff's complaint will be converted to a dismissal with prejudice, and this case will be dismissed without further notice. The report and recommendation of Chief Magistrate Judge Lanzillo, issued April 15, 2026 [ECF

No. 17], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       Chief United States Magistrate Judge